UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA COLLEEN REDFERN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 15-cv-03883-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Plaintiff filed this action seeking review of an adverse decision on her application for social security benefits on August 25, 2015. (Dkt. No. 1) Defendant thereafter filed her answer and then the administrative record on January 7, 2016. (Dkt. Nos. 12 & 13.) Under Civil Local Rule 16-5 and in accordance with the Social Security Procedural Order issued in this case, Plaintiff's motion for summary judgment was due thirty days later. (Dkt. No. 4.) To date, Plaintiff has failed to file her motion for summary judgment. Accordingly, Plaintiff is ordered to show cause in writing as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's response to this Order shall be accompanied by her motion for summary judgment. Both filings are due by June 6, 2016.

As Plaintiff is proceeding pro se, the Court directs her attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding her claims.

1   **IT IS SO ORDERED.**

2   Dated:  May 10, 2016

4   _____
    JACQUELINE SCOTT CORLEY
5   United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| LAURA COLLEEN REDFERN,<br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No. 15-cv-03883-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laura Colleen Redfern
500 Trailview Circle
Martinez, CA 94553

Dated: May 10, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3