UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA COLLEEN REDFERN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 15-cv-03883-JSC<br><br>**ORDER RE: PLAINTIFF'S AMENDED MOTION TO PROCEED IN FORMA PAUPERIS; REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

The Court is in receipt of Plaintiff's amended motion to proceed in forma pauperis. (Dkt. No. 16.) The motion is unnecessary as the Court previously granted Plaintiff leave to proceed in forma pauperis. (Dkt. No. 3.) Plaintiff's in forma pauperis status continues and she is still permitted to proceed with her lawsuit without the payment of the filing fee.

Further, having considered Plaintiff's application and Plaintiff's need for counsel to assist her in this matter and good and just cause appearing, the Court ORDERS that plaintiff be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

A.   The clerk shall forward the referral order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for:

(X)   <u>all purposes</u> for the duration of the case

( )   the <u>limited purpose</u> of representing the litigant in the course of

   ( )   mediation

   ( )   early neutral evaluation

   ( )   settlement conference

   ( )      briefing  ( ) and hearing on the following motion (e.g., motion for

1           summary judgment or motion to dismiss):

2           ( )   discovery as follows:

3           ( )   other:

B. Upon being notified by the Project that an attorney has been located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

C. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

**IT IS SO ORDERED.**

Dated: July 12, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA COLLEEN REDFERN,<br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No.   15-cv-03883-JSC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 12, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laura Colleen Redfern
500 Trailview Circle
Martinez, CA 94553

Dated: July 12, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3