UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA COLLEEN REDFERN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 15-cv-03883-JSC<br><br>**ORDER APPOINTING COUNSEL** |

Because the Plaintiff is in need of counsel to assist her in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Daniel Bookin, Marion Read, and Hayley Reynolds of O'Melveny & Myers LLP, are hereby appointed as counsel for Plaintiff in this matter.

The scope of this appointment shall be for:

(X) all purposes for the duration of the case

( ) the limited purpose of representing the litigant in the course of

    ( ) mediation

    ( ) early neutral evaluation

    ( ) settlement conference

    ( ) briefing ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ( ) discovery as follows: _____

    ( ) other: _____

All proceedings in this action are hereby stayed until four weeks from the date of this order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated:  July 18, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge