UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA COLLEEN REDFERN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No. 15-cv-03883-JSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties shall appear for a Case Management Conference on August 18, 2016 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California to discuss whether referral for alternative dispute resolution is appropriate. The parties are not required to file a statement in advance of the conference. The Court will address the briefing schedule at the conference.

**IT IS SO ORDERED.**

Dated: August 8, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge